# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES KOWALSKI,                          :    No. 67 WM 2015
:
Respondent               :
:
:
:
v.                            :
:
:
HARRY BIERLEY,                           :
:
Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Application for Extraordinary Relief is **DENIED**.